IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ACADEMYONE, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| COLLEGESOURCE, INC. | : | NO. 08-5707 |

## ORDER

**AND NOW**, this 21st day of December, 2009, upon consideration of Defendant CollegeSource, Inc.'s Motion for Summary Judgment (Docket No. 57), and all documents filed in connection therewith, and Defendant's reply, and after hearing argument from the parties on November 5, 2009, **IT IS HEREBY ORDERED** that:

1. The Motion is **GRANTED**.

2. **JUDGMENT IS ENTERED** in favor of CollegeSource, Inc. and against AcademyOne, Inc.

3. The Clerk of Court is directed to **CLOSE** this case statistically.

BY THE COURT:

/s/ John R. Padova, J.
_____
John R. Padova, J.