IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ACADEMYONE, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| COLLEGESOURCE, INC. | : | NO. 08-5707 |

## ORDER

**AND NOW**, this 16th day of March, 2010, upon consideration of Defendant CollegeSource, Inc.'s Motion for Attorney Fees (Docket No. 111) and AcademyOne Inc.'s response, as well as CollegeSource's Motion for Leave to File a Reply Brief in support of the attorney fee motion (Docket No. 122), **IT IS HEREBY ORDERED** that:

1. The Motion for Leave to File a Reply Brief is **GRANTED**. The Clerk of Court shall docket the Reply Brief and it Exhibits, which are attached as Exhibits A-D to that Motion.

2. The Motion for Attorney Fees is **DENIED**.

BY THE COURT:

/s/ John R. Padova, J.

John R. Padova, J.